B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **ShoreBank Capital Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **-None-** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **36-2954117** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **135 South LaSalle Street, Suite 2040 Chicago, IL** ZIP CODE 60603 | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

_____

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [x] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                                             THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000- 5,000 | [ ] 5,001- 10,000 | [ ] 10,001- 25,000 | [ ] 25,001- 50,000 | [ ] 50,001- 100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [x] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **ShoreBank Capital Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:   -None- | Case Number: N/A | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Attached Annex A** | Case Number: | Date Filed: |
| District: **Northern District of Illinois** | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)

Page 3

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>ShoreBank Capital Corporation |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>　Signature of Debtor<br><br>X _____<br>　Signature of Joint Debtor<br><br>_____<br>　Telephone Number (if not represented by attorney)<br><br>_____<br>　Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>　(Signature of Foreign Representative)<br><br>_____<br>　(Printed Name of Foreign Representative)<br><br>_____<br>　Date |
| **Signature of Attorney\***<br><br>X _~~Signature~~_____<br>Signature of Attorney for Debtor(s)<br>　George N. Panagakis<br>Printed Name of Attorney for Debtor(s)<br>　Skadden, Arps, Slate, Meagher & Flom LLP<br>Firm Name<br>　155 N. Wacker Drive, Chicago, IL 60606-1720<br><br>_____<br>Address<br>　(312) 407-0700<br>Telephone Number<br>　01/09/2012<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _~~Signature~~_____<br>Signature of Authorized Individual<br>　George P. Surgeon<br>Printed Name of Authorized Individual<br>　President and Chief Executive Officer<br>Title of Authorized Individual<br>　01/09/2012<br>Date | _____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## Annex A-Affiliated Debtors

The following list identifies all of the affiliated entities, including the Debtor filing this petition (collectively, the "Debtors"), that have filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 - 1330, as amended, in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.  Substantially contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that their chapter 11 cases be jointly-administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| The ShoreBank Corporation | EIN: 36-2749995 |
| ShoreBank Pacific Corporation | EIN: 91-1837395 |
| ShoreBank Capital Corporation | EIN: 36-2954117 |
| ShoreBank Development Corporation | EIN: 36-2950598 |
| Shore Overseas Corporation | EIN: 36-4080746 |
| ShoreCap Management, Ltd. | EIN: 61-1452284 |
| ShoreBank Lands Corporation | EIN: Unknown |
| ShoreBank New Markets Fund, Inc. | EIN: 41-2223726 |
| SBK NMTC Fund I, LLC | EIN: 41-2223728 |
| SBK NMTC Fund II, LLC | EIN: 41-2223731 |
| SBK NMTC Fund III, LLC | EIN: 41-2223734 |
| SBK NMTC Fund IV, LLC | EIN: 41-2223735 |

# CERTIFICATE

The undersigned hereby certifies that (i) she is the duly authorized and appointed

Secretary of ShoreBank Capital Corporation (the "Company"), and (ii) attached hereto is a true

and correct copy of resolutions unanimously authorized and approved by the Board of Directors

of the Company on December 20, 2011, and such resolutions remain in full force of effect as of

the date hereof.


Lynn Railsback
Secretary of
ShoreBank Capital Corporation


DATE:    January 9, 2012

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## SHOREBANK CAPITAL CORPORATION (a Delaware corporation)

The undersigned, Lynn Railsback, being the duly appointed Secretary of ShoreBank Capital Corporation, a Delaware corporation (the "Company"), does hereby certify that the following resolutions were duly adopted by the Board of Directors of the Company (the "Board") at a special meeting of the Board held on December 20, 2011 and that such resolutions have not been amended or rescinded and are now in full force and effect:

RESOLVED, that, in the judgment of the Board of Directors (the "Board") of ShoreBank Capital Corporation, a Delaware corporation (the "Company"), it is desirable and in the best interests of the Company, its creditors, and other interested parties that a petition be filed by the Company in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Bankruptcy Court") seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby; and it is further

RESOLVED, that each of the officers of the Company, including, without limitation, the President and Chief Executive Officer, the Senior Vice President and Controller, the Vice President, and the Secretary (each, an "Authorized Officer" and collectively, the "Authorized Officers") be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine; and it is further

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to execute, verify, and/or file or cause to be filed and/or executed or verified (or to direct others to do so on their behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, accountants, or other professionals and to take any and all action which they deem necessary, proper or desirable in connection with the chapter 11 case; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case or any matter related thereto be, and they hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, and its affiliated law practice entities be, and hereby are, employed under a general retainer to render legal services to, and to represent, the Company in connection with the chapter 11 case and any other related matters in connection therewith on such terms as any Authorized Officer shall approve; and it is further

RESOLVED, that GCG, Inc. be, and hereby are, employed as the claims agent to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations on such terms as any Authorized Officer shall approve; and it is further

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of, and in the name of the Company, to retain such other professionals on such terms as they deem appropriate during the course of the chapter 11 case; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code or in connection with the chapter 11 case or any matter related thereto be, and they hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company; and it is further

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of, and in the name of the Company, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further shareholder or member consents in respect of each of the Company's subsidiaries as in their judgment shall be necessary, appropriate, or advisable to effectuate the seeking of relief under chapter 11 of the Bankruptcy Code with respect to each such subsidiary; and it is further

RESOLVED, that any person dealing with any Authorized Officer in connection with any of the foregoing matters shall be conclusively entitled to rely upon the authority of such Authorized Officer and by such Authorized Officer's execution of any instrument, certificate, notice, or document, the same shall be a valid and binding obligation of the Company enforceable in accordance with its terms; and it is further

RESOLVED, that the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed, on behalf of and in the name of the Company, to pay all necessary and reasonable fees and expenses incurred in connection with the transactions contemplated by these resolutions; and it is further

RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Authorized Officers, the Authorized Officers be, and each of them, with full authority to act without the others, hereby is, authorized, empowered, and directed to take or cause to be taken all such further actions, to execute and deliver or cause to be executed and delivered all such further certificates, agreements, instruments, and documents and to incur all such fees and expenses, on behalf of and in the name of the Company, as in their judgment shall be necessary, appropriate, or advisable to carry out fully the intent and purposes of the foregoing resolutions and each of them; and it is further

RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Officer prior to adoption of these resolutions with respect to the matters contemplated by these resolutions be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

* * * * *

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 12-_____ |
| | ) | |
| THE SHOREBANK CORPORATION, et al., | ) | (Joint Administration Pending) |
| | ) | |
| Debtors.[1] | ) | *Chapter 11* |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION

I, George P. Surgeon, President and Chief Executive Officer of the above-captioned Debtors, declare under penalty of perjury that I have reviewed the attached "Consolidated List of Creditors Holding the 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information, and belief, with reliance on appropriate corporate officers and the Debtors' books and records.

Dated: January 9, 2012

By: _____
George P. Surgeon
President and Chief Executive Officer

---

[1]   The Debtors consist of: The ShoreBank Corporation (EIN: 36-2749995); ShoreBank Capital Corporation (EIN: 36-2954117); ShoreBank Development Corporation (EIN: 36-2950598); ShoreBank Pacific Corporation (EIN: 91-1837395); Shore Overseas Corporation (EIN: 36-4080746); ShoreCap Management, Ltd. (EIN: 61-1452284)]; ShoreBank Lands Corporation (EIN: [●]); ShoreBank New Markets Fund, Inc. (EIN: 41-2223726); SBK NMTC Fund I, LLC (EIN: 41-2223728); SBK NMTC Fund II, LLC (EIN: 41-2223731); SBK NMTC Fund III, LLC (EIN: 41-2223734); SBK NMTC Fund IV LLC (EIN: 41-2223735).

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 12-_____ |
| | ) |
| THE SHOREBANK CORPORATION, et al., | ) (Joint Administration Pending) |
| | ) |
| Debtors.[1] | ) *Chapter 11* |
| | ) |
| | ) |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

This list contains creditors holding the 20 largest unsecured claims against the above-captioned debtors (the "Debtors") as of the Petition Date and in some instances reflects estimated amounts. This list has been prepared on a consolidated basis, based upon the books and records of the Debtors that have commenced chapter 11 cases in this Court. The Debtors have only included 20 creditors, because the Debtors believe that this list contains a consolidated list of all of the Debtors' known unsecured creditors, not including insiders. The Debtors reserve all rights with respect to the creditors listed on this schedule, including the right to identify any of them as contingent, unliquidated, disputed, and or subject to setoff, as appropriate. The information presented in the list shall not constitute an admission by, nor is it binding on, the Debtors.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101,[2] or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

---

[1]  The Debtors consist of: The ShoreBank Corporation (EIN: 36-2749995); ShoreBank Capital Corporation (EIN: 36-2954117); ShoreBank Development Corporation (EIN: 36-2950598); ShoreBank Pacific Corporation (EIN: 91-1837395); Shore Overseas Corporation (EIN: 36-4080746); ShoreCap Management, Ltd. (EIN: 61-1452284)]; ShoreBank Lands Corporation (EIN: [●]); ShoreBank New Markets Fund, Inc. (EIN: 41-2223726); SBK NMTC Fund I, LLC (EIN: 41-2223728); SBK NMTC Fund II, LLC (EIN: 41-2223731); SBK NMTC Fund III, LLC (EIN: 41-2223734); SBK NMTC Fund IV LLC (EIN: 41-2223735).

[2]  While generally the Debtors have not included any insiders on this list, the inclusion of any creditor on the list does not constitute an admission by the Debtors that such a creditor is not an insider.

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER, AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>INDICATE IF CLAIM IS CUDS | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| Wells Fargo Bank, National Association, as Trustee for ShoreBank Capital Trust III, Attn: Corporate Trust Administration 919 N. Market Street, 7th Floor, Wilmington, DE 19801 | Wells Fargo Bank, National Association, as Trustee for ShoreBank Capital Trust III, Attn: Corporate Trust Administration 919 N. Market Street, 7th Floor, Wilmington, DE 19801 | Subordinated Indenture, dated as of October 10, 2003 | | $16,518,054 (principal and interest) |
| The Bank of New York, as Trustee for ShoreBank Capital Trust I, Attn: Corporate Trust Administration, 101 Barclay Street, Floor 8W, New York, NY 10286 | Carlos Luciano<br>Tel: (212) 815-5445 Fax: (212) 815-5707<br>BNY Mellon 101 Barclay Street, Floor 8W, New York, NY 10286 | Subordinated Indenture, dated as of March 23, 2000 | | $13,531,686 (principal and interest) |
| JPMorgan Chase Bank, N.A. 10 S. Dearborn St., Mailcode IL 1-1415, Chicago, IL 60603 | Dennis Saletta,<br>10 S. Dearborn St., Mailcode IL 1-1415, Chicago, IL 60603 | Loan Agreement, dated December 31, 2004, as amended | | $12,303,914 (principal and interest) |
| Wilmington Trust Company, as Trustee for ShoreBank Capital Trust II Attn: Corporate Trust Administration Rodney Square North, 1100 North Market Street, Wilmington, DE 19890 | Lori Donahue, Assistant Vice President, Wilmington Trust Company<br>Tel: (302) 651-1000 Fax: (302) 651-8882<br>Rodney Square North, 1100 North Market Street, Wilmington, DE 19890 | Subordinated Indenture, dated as of April 10, 2002 | | $9,020,008 (principal and interest) |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER, AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc.) | (4)<br>INDICATE IF CLAIM IS CUDS | (5)<br>AMOUNT OF CLAIM<br>(if secured also state value of security) |
|---|---|---|---|---|
| Federal Deposit Insurance Corporation<br>3501 Fairfax Dr., Ste. D7060<br>Arlington, Virginia 22226 | Alan Solow<br><br>Tel: (312) 368-3370<br>Fax: (312)630-6303<br><br>DLA Piper LLP (US)<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293 | Tax refunds | | $8,500,000 |
| Todd Brown<br>1724a East 54th St.<br>Chicago, IL 60615 | Todd Brown<br>1724a East 54th St.<br>Chicago, IL 60615 | Severance | | $335,536 |
| Gertrude Davis<br>7321 S. Shore Drive, Unit 2E<br>Chicago, IL 60649 | Gertrude Davis<br>7321 S. Shore Drive, Unit 2E<br>Chicago, IL 60649 | Retirement benefits | | $208,102 |
| Norma Fletcher<br>11530 South Oakley<br>Chicago, IL 60643 | Norma Fletcher<br>11530 South Oakley<br>Chicago, IL 60643 | Retirement benefits | | $149,206 |
| Success Factors<br>1500 Fashion Island Blvd<br>Suite 300<br>San Mateo, CA 94404 | Thomas Burg<br><br>Tel: (650)857-9500<br>Fax: (650) 494-2738<br><br>Bialson, Bergen & Schwab<br>2600 El Camino Real, Suite 300<br>Palo Alto, CA 94306 | Software use contract | Disputed | $79,140 |
| Secretary of State of Illinois Department of Business Services<br>501 S. 2nd Street<br>Springfield, IL 62756-5510 | Secretary of State of Illinois Department of Business Services<br>501 S. 2nd Street<br>Springfield, IL 62756-5510 | Franchise Taxes | Disputed | $61,832 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER, AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM (trade debt, bank loan, government contract, etc.) | (4)<br>INDICATE IF CLAIM IS CUDS | (5)<br>AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|
| GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | GE Capital<br>P.O. Box 3083<br>Cedar Rapids, IA 52406-3083 | Contract | Disputed | $22,483 |
| Jennifer Tescher<br>444 W. Oakdale, #2e<br>Chicago, IL 60657 | Jennifer Tescher<br>444 W. Oakdale, #2e<br>Chicago, IL 60657 | Deferred Comp. | | $17,577 |
| Ray Waters<br>2120 Crestland Dr.<br>Ann Arbor, MI 48104 | Ray Waters<br>2120 Crestland Dr.<br>Ann Arbor, MI 48104 | Deferred Comp. | | $15,715 |
| Canon Business Solutions<br>300 Commerce Square Blvd.<br>Burlington, NJ 08016 | Canon Business Solutions<br>P.O. Box 4004<br>Carol Stream, IL 60197-4004 | Contract | Disputed | $14,968 |
| Wilmington Trust Company<br>Rodney Square North,<br>1100 North Market Street,<br>Wilmington, DE 19890 | Wilmington Trust Company<br>Rodney Square North,<br>1100 North Market Street,<br>Wilmington, DE 19890 | Trustee fees | | $5,000 |
| Union Bank<br>Corporate Trust Division<br>120 S. San Pedro, Suite 410<br>Los Angeles, CA 90012 | Nabeel Badaw<br><br>Tel: 213-972-5665<br><br>Corporate Trust Division<br>120 S. San Pedro, Suite 410<br>Los Angeles, CA 90012 | Escrow agent fees | | $2,500 |
| CT Corporation System<br>PO Box 4349<br>Carol Stream, IL 60197-4349 | Alan D. Budman<br><br>Tel: 215-886-8613<br><br>PO Box 654<br>Abingdon, PA 19001 | Registered agent fee | Disputed | $358 |

| (1)<br>NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2)<br>NAME, TELEPHONE NUMBER, AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE, OF EMPLOYEE, AGENT, DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM | (3)<br>NATURE OF CLAIM<br>(trade debt, bank loan, government contract, etc.) | (4)<br>INDICATE IF CLAIM IS CUDS | (5)<br>AMOUNT OF CLAIM<br>(if secured also state value of security) |
|---|---|---|---|---|
| Jamil Moore<br>c/o Pavalon, Gifford & Laatsch<br>Two North LaSalle St., Suite 1600<br>Chicago, IL 60602 | Matthew Huster<br><br>Tel: (312) 419-7400<br><br>Pavalon, Gifford & Laatsch<br>Two North LaSalle St.<br>Suite 1600<br>Chicago, IL 60602 | Litigation | C, U, D | Unknown |
| Michigan Indiana Condominium Association<br>c/o Jason Orth at Kovitz Shifrin Nesbit, 750 Lake Cook Road<br>#350<br>Buffalo Grove, IL 60089 | Jason Orth<br><br>Kovitz Shifrin Nesbit, 750 Lake Cook Road<br>#350<br>Buffalo Grove, IL 60089 | Litigation | C, U, D | Unknown |
| Enterprise Community Investment<br>230 West Monroe Street<br>#2605<br>Chicago, IL 60606 | Celeste Coetzer<br><br>Tel: 312-803 0787<br><br>230 West Monroe Street<br>#2605<br>Chicago, IL 60606 | Partnership agreement | C,U,D, | Unknown |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) Case No. 12-_____ |
| | ) |
| THE SHOREBANK CORPORATION, et al., | ) (Joint Administration Pending) |
| | ) |
| Debtors.[1] | ) *Chapter 11* |
| | ) |
| | ) |
| | ) |

## VERIFICATION OF CREDITOR MATRIX

I, George P. Surgeon, President and Chief Executive Officer of the above-captioned Debtors and an authorized signatory in these chapter 11 cases, verify that the attached list is true and correct to the best of my knowledge, information, and belief.

Dated: January 9, 2012

By: _____
George P. Surgeon
President/Chief Executive Officer,
The ShoreBank Corporation

---

[1]   The Debtors consist of: The ShoreBank Corporation (EIN: 36-2749995); ShoreBank Capital Corporation (EIN: 36-2954117); ShoreBank Development Corporation (EIN: 36-2950598); ShoreBank Pacific Corporation (EIN: 91-1837395); Shore Overseas Corporation (EIN: 36-4080746); ShoreCap Management, Ltd. (EIN: 61-1452284)]; ShoreBank Lands Corporation (EIN: [●]); ShoreBank New Markets Fund, Inc. (EIN: 41-2223726); SBK NMTC Fund I, LLC (EIN: 41-2223728); SBK NMTC Fund II, LLC (EIN: 41-2223731); SBK NMTC Fund III, LLC (EIN: 41-2223734); SBK NMTC Fund IV LLC (EIN: 41-2223735).

Matrix_NON_EQU_01092012.txt

ADELLE SIMMONS
[ADDRESS INTENTIONALLY REDACTED]

ALFRED GLANCY
[ADDRESS INTENTIONALLY REDACTED]

ARKADIN GLOBAL CONFERENCE
PO BOX 347261
PITTSBURG, PA 15251-4261

ARKADIN GLOBAL CONFERENCING
DEPT. OF JUSTICE
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 347261
PITTSBURGH, PA 15251-4261

ARTHUR J. SMITH, SR.
C/O 36 S. WABASH #1310
CHICAGO, IL 60603

ATTORNEY GENERAL OF THE U.S.
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530-0001

BERDES, JOHN
C/O ENTERPRISE CASCADIA
203 HOWERTON WAY, SE
ILWACO, WA 98624

BNY MELLON CORPORATE TRUST
ATTN: BETH MELLINGER
RELATIONSHIP MANAGER
525 WILLIAM PENN PLACE 38TH FLOOR
PITTSBURGH, PA 15259

BROWN, TODD C.
[ADDRESS INTENTIONALLY REDACTED]

BURKE, WARREN, MACKAY & SERRITELLA, P.C.
330 NORTH WABASH AVE, 22ND FLOOR
CHICAGO, IL 60611-3607

BURKE, WARREN, MACKAY & SERRITELLA, PC
ATTN: DICK BURKE
330 NORTH WABASH 22ND FLOOR
CHICAGO, IL 60611-3607

CANON BUSINESS SOLUTIONS
300 COMMERCE SQUARE BLVD.
BURLINGTON, NJ 08016

CANON BUSINESS SOLUTIONS
PO BOX 4004
CAROL STREAM, IL 60197-4004

CANON FINANCIAL SERVICES
14905 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149

CARLTON GUTHRIE
[ADDRESS INTENTIONALLY REDACTED]

CHICAGO DEPT OF REVENUE

Matrix_NON_EQU_01092012.txt

LOCKBOX 93180
CHICAGO, IL 60673-3180

CHICAGO DEPT OF REVENUE
TAX DIVISION
333 S. STATE ST SUITE 300
CHICAGO, IL 60604-3977

CISCO WEBEX LLC
C/O LES CALENACCI BAKER & MILLER PC
29 N. WACKER DRIVE SUITE 500
CHICAGO, IL 60606

CROWE HORWATH
ATTN: BRETT LABELLE
ONE MID AMERICA PLAZA SUITE 700
OAK BROOK, IL 60522-3697

CROWE HORWATH
PO BOX 145415
CINCINNATI, OH 45250-9791

CT CORPORATION SYSTEM
ATTN: ALAN D. BUDMAN
PO BOX 4349
CAROL STREAM, IL 60197-4349

CT CORPORATION SYSTEM
C/O ALAN  BUDMAN
PO BOX 654
ABINGTON, PA 19001

CT CORPORATION SYSTEM
CHICAGO CORPORATE SERVICE CENTER
208 S. LASALLE ST. SUITE 814
CHICAGO, IL 60604

CT CORPORATION SYSTEM
P.O. BOX 4349

CT CORPORATION SYSTEM
PO BOX 654
ABINGDON, PA 19001

DAVID KORSLUND
[ADDRESS INTENTIONALLY REDACTED]

DAVIS, GERTRUDE M.
[ADDRESS INTENTIONALLY REDACTED]

DEPARTMENT OF TREASURY IRS
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 2125
PHILADELPHIA, PA 19114

ENTERPRISE CASCADIA
203 HOWERTON WAY SE PO BOX 826
ILWACO, WA 98624

ENTERPRISE COMMUNITY INVESTMENT
230 W. MONROE ST. #2605
CHICAGO, IL 60606

Page 2

Matrix_NON_EQU_01092012.txt

ENTERPRISE HOUSING PARTNERS 1995 FUND
C/O ENTERPRISE COMMUNITY INVESTMENT
ATTN: CELESTE COETZER
230 WEST MONROE STREET #2605
CHICAGO, IL 60606

EQUATOR CAPITAL PARTNERS, LLC
FDIC
ATTN: LESLIE DAVIS
100 N. LASALLE SUITE 1710
CHICAGO, IL 60602

FEDERAL DEPOSIT INSURANCE CORP.
3501 FAIRFAX DRIVE
SUITE D7060
ARLINGTON, VA 22226

FEDERAL DEPOSIT INSURANCE CORPORATION

FEDERAL DEPOSIT INSURANCE CORPORATION
FDIC C/O ALAN P. SOLOW
DLA PIPER LLP (US)
203 N. LASALLE ST., SUITE 1900
CHICAGO, IL 60601-1293

FEDERAL DEPOSIT INSURANCE CORPORATION
FDIC C/O NICHOLOS KATSONIS
COUNSEL-LEGAL DIVISION
3501 FAIRFAX DRIVE
ARLINGTON, VA 22226-3500

FEDERAL DEPOSIT INSURANCE CORPORATION
KATHRYN NORCROSS, SENIOR COUNSEL
3501 FAIRFAX DRIVE
ROOM D-7074
ARLINGTON, VA 22226

FLETCHER, NORMA
[ADDRESS INTENTIONALLY REDACTED]

FOSTER PEPPER, PLLC
ATTN: MICHAEL GAMSKY
1111 THIRD AVENUE
SUITE 3400
SEATTLE, WA 98101-3299

GE CAPITAL
P.O. BOX 740423
ALTANTA, GA 30374-0423

GE CAPITAL
PO BOX 3083
CEDAR RAPIDS, IA 52406-3083

GEORGE SURGEON
135 S LASALLE ST, SUITE 2040
CHICAGO, IL 60603

GERTRUDE DAVIS
[ADDRESS INTENTIONALLY REDACTED]

GRZYWINSKI, RONALD
[ADDRESS INTENTIONALLY REDACTED]

Matrix_NON_EQU_01092012.txt

HOUGHTON, MARY
[ADDRESS INTENTIONALLY REDACTED]

ILLINOIS DEPARTMENT OF REVENUE
ATTN: PRESIDENT OR GENERAL COUNSEL
P.O. BOX 19045
SPRINGFIELD, IL 62794-9084

ILLINOIS DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
LEVEL 7-425
100 W. RANDOLPH ST.
CHICAGO, IL 60101-3274

ILLINOIS DEPARTMENT OF REVENUE
P.O. BOX 19045
SPRINGFIELD, IL 62794-9084

ILLINOIS SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICE
ATTN: JESSE WHITE-SECRETARY OF STATE
501 S. 2ND ST.
SPRINGFIELD, IL 62756-5510

JAFFE RAITT HEUER & WEISS
ATTN: JUDITH MILLER
27777 FRANKLIN RD SUITE 2500
SOUTHFIELD, MI 48034

JAMIL MOORE
C/O PAVALON, GIFFORD & LAATSCH
ATTN: MATTHEW HUSTER
2 N LASALLE SUITE 1600
CHICAGO, IL 60602

JENNIFER TESCHER
[ADDRESS INTENTIONALLY REDACTED]

JESSE WHITE SECRETARY OF STATE
DEPARTMENT OF BUSINESS SERVICES
501 S 2ND STREET
SPRINGFIELD, IL 62756-5510

JOHN BERDES
[ADDRESS INTENTIONALLY REDACTED]

JPMORGAN CHASE BANK, N.A.
ATTN: DENNIS SALETTA
10 S. DEARBORN ST.
36TH FLOOR, MAILCODE IL 1-1415
CHICAGO, IL 60603

JPMORGAN CHASE BANK, N.A.
ATTN: DENNIS SALETTA
10 S. DEARBORN ST.
MAILCODE IL 1-1415
CHICAGO, IL 60603

JPMORGAN CHASE BANK, N.A.
C/O LOCKE LORD BISSELL & LIDDELL LLP
ATTN: KENNETH M. LODGE
111 SOUTH WACKER

Page 4

Matrix_NON_EQU_01092012.txt

CHICAGO, IL 60606

JPMORGAN CHASE BANK, NA
10 S DEARBORN ST MAILCODE IL 1-1415
CHICAGO, IL 60603

LIFE STORAGE
2361 S STATE ST
CHICAGO, IL 60616

LIFE STORAGE
2361 SOUTH STATE STREET

CHICAGO, IL 60616

LUTHER RAGIN, JR.
[ADDRESS INTENTIONALLY REDACTED]

LYNN RAILSBACK
[ADDRESS INTENTIONALLY REDACTED]

LYNN RAILSBACK
135 S LASALLE ST, SUITE 2040
SUITE 2040
CHICAGO, IL 60603

MARY CAHILLANE
[ADDRESS INTENTIONALLY REDACTED]

MARY HOUGHTON
[ADDRESS INTENTIONALLY REDACTED]

MCDERMOTT WILL & EMORY
ATTN. SUSAN PETERS SCHAEFER
227 W. MONROE ST.
CHICAGO, IL 60606

MCDERMOTT, WILL & EMERY
PO BOX 2995
CAROL STREAM, IL 60132-2995

MICHIGAN DEPARTMENT OF TREASURY
430 WEST ALLEGAN STREET
LANSING, MI 48933

MICHIGAN INDIANA CONDOMINIUM ASSOCIATION
C/O KOVITZ SHIFRIN NESBIT
ATTN JASON ORTH
750 LAKE COOK ROAD, #350
BUFFALO GROVE, IL 60689

MICHIGAN INDIANA CONDOMINIUM ASSOCIATION
C/O KOVITZ SHIFRIN NESBIT
ATTN: JASON ORTH
750 LAKE COOK ROAD #350
BUFFALO GROVE, IL 60089

MONDOZZI LLC
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

MOORE, JAMIL
C/O PAVALON, GIFFORD & LAATSCH

Matrix_NON_EQU_01092012.txt

ATTN: MATTHEW HUSTER
SUITE 1600
CHICAGO, IL 60602

MULTINOMAH/PORTLAND OREGON
SHOREBANK PACIFIC CORP CONSOLIDATED
OR

MWV PINNACLE
C/O MWV PINNACLE MANAGEMENT COMPANY
ATTN ERIC VON HENDRIX
P.O. BOX 241065
CLEVELAND, OH 44124

NATIONAL COMMUNITY INVESTMENT FUND
135 S LASALLE ST, SUITE 2040
CHICAGO, IL 60603

NATIONAL COMMUNITY INVESTMENT FUND
ATTN SAURABH NARAIN
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

NICHOLAS RETSINAS
[ADDRESS INTENTIONALLY REDACTED]

NORMA FLETCHER
[ADDRESS INTENTIONALLY REDACTED]

NORTHERN INITIATIVES
ATTN DENNIS WEST
P.O. BOX 7009
MARQUETTE, MI 49855

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: CIVIL PROCESS CLERK
NORTHERN DISTRICT OF IL EASTERN DIVISION
219 S. DEARBORN ST.
CHICAGO, IL 60604

OFFICE OF THE UNITED STATES ATTORNEY
NORTHERN DISTRICT OF IL EASTERN DIVISION
219 S. DEARBORN ST. 5TH FLOOR
CHICAGO, IL 60604

OFFICE OF THE UNITED STATES TRUSTEE
219 S. DEARBORN ST. ROOM 873
CHICAGO, IL 60604

OFFICE OF THE US TRUSTEE
PATRICK S. LAYNG
219 S. DEARBORN ST.
ROOM 873
CHICAGO, IL 60604

ONE PACIFIC COAST BANK, FSB
ATTN HARRY M. HAIGOOD
1438 WEBSTER ST. SUITE 100
OAKLAND, CA 94612

PAYAN, ALBERTS & THOMPSON
ORLAND PARK EXECUTIVE
15255 S 94TH, SUITE 200

Matrix_NON_EQU_01092012.txt

ORLAND PARK, IL 60462

PAYCOR
644 LINN STREET SUITE 200
CINCINNATI, OH 45203

PENSION BENEFIT GUARANTY CORPORATION
PBGC

RAILSBACK, LYNN
[ADDRESS INTENTIONALLY REDACTED]

RAINBOW'S END LIMITED PARTNERSHIP
ATTN LARRY PUSATERI
422 N. ASHLAND ST.
LAGRANGE PARK, IL 60526

RAY WATERS
[ADDRESS INTENTIONALLY REDACTED]

ROBERT LIFTON
[ADDRESS INTENTIONALLY REDACTED]

RON GRZYWINSKI
[ADDRESS INTENTIONALLY REDACTED]

RUSS ZIMMERMANN
[ADDRESS INTENTIONALLY REDACTED]

SB PARTNERS
ATTN DAVID SHRYOCK
940 MEADOW RIDGE DRIVE
HOLLAND, MI 49424

SBK NMTC FUND I, LLC
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL

SBK NMTC FUND II, LLC
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL

SBK NMTC FUND III, LLC
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL

SBK NMTC FUND IV, LLC
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL

SECRETARY OF STATE OF ILLINOIS
DEPARTMENT OF BUSINESS SERVICES
501 S. 2ND STREET
SPRINGFIELD, IL 62756-5510

SECURITIES AND EXCHANGE COMMISSION
ATTN GEORGE VASIOS/BANKRUPTCY SECTION
175 W. JACKSON BLVD.
SUITE 900

Matrix_NON_EQU_01092012.txt

CHICAGO, IL 60604

SECURITIES AND EXCHANGE COMMISSION
CHICAGO REGIONAL OFFICE
175 W. JACKSON BOULEVARD SUITE 900
CHICAGO, IL 60604

SECURITIES AND EXCHANGE COMMISSION
SEC HEADQUARTERS
101 F. STREET NE
WASHINGTON, DC 20549

SHEEPDOG, INC
211 HORSESHOE LAKE DR.
HALIFAX NOVA SCOTIA CANADA B3S OB9

SHORE OVERSEAS CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHOREBANK CAPITAL CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHOREBANK CORPORATION
ATTN: GEOFF RENK
135 S. LASALLE #2040
CHICAGO, IL 60603

SHOREBANK DEVELOPMENT CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHOREBANK ENTERPRISE DETROIT
277 GRATIOT AVENUE, 3RD FLOOR
DETROIT, MI 48226

SHOREBANK ENTERPRISE, CASCADIA
203 HOWERTON WAY SE
ILWACO, WA 98624

SHOREBANK INTERNATIONAL

SHOREBANK INTERNATIONAL
20 N CLARK STREET SUITE 1950
CHICAGO, IL 60602

SHOREBANK INTERNATIONAL
ATTN ARIF RIZVI
20 N. CLARK STREET SUITE 1950
CHICAGO, IL 60602

SHOREBANK LANDS CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHOREBANK NEW MARKETS FUND, INC.
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040

Matrix_NON_EQU_01092012.txt

CHICAGO, IL 60603

SHOREBANK PACIFIC CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SHORECAP INTERNATIONAL
C/O EQUATOR CAPITAL PARTNERS, LLC
ATTN: LESLIE DAVIS
100 NORTH LASALLE STREET SUITE 1710
CHICAGO, IL 60602

SHORECAP MANAGEMENT, LTD.
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
PO BOX 1764
WHITE PLAINS, NY 10602

STAN AMY
[ADDRESS INTENTIONALLY REDACTED]

STATE OF ILLINOIS
SHOREBANK CORP CONSOLIDATED
IL

STATE OF MICHIGAN
SHOREBANK CORP CONSOLIDATED
MI

STATE OF OREGON
SHOREBANK PACIFIC CORP CONSOLIDATED
OR

STEVEN HAMP
[ADDRESS INTENTIONALLY REDACTED]

SUCCESS FACTORS
1500 FASHION ISLAND BLVD
SUITE 300
SAN MATEO, CA 94404

SUCCESS FACTORS
1500 FASHION ISLAND BLVD SUITE 300
SAN MATEO, CA 64404

SUCCESS FACTORS
C/O BERGEN & SCHWAB
ATTN: THOMAS BURG BIALSON
2666 EL CAMINO ROAD SUITE 300
PALO ALTO, CA 94306

SUCCESS FACTORS
C/O BIALSON, BERGEN & SCHWAB
ATTN: THOMAS BURG
2600 EL CAMINO REAL, SUITE 300
PALO ALTO, CA 94306

SURGEON, GEORGE
[ADDRESS INTENTIONALLY REDACTED]

Matrix_NON_EQU_01092012.txt

T MOBILE
PO BOX 742596
CINCINNATI, OH 45274-2596

TESCHER, JENNIFER
[ADDRESS INTENTIONALLY REDACTED]

THE BANK OF NEW YORK
AS TR FOR SHOREBANK CAPITAL TRUST I
ATTN: CARLOS LUCIANO
101 BARCLAY STREET, FLOOR 8W
NEW YORK, NY 10286

THE BANK OF NEW YORK
ATTN: CARLOS LUCIANO
BNY MELLON
101 BARCLAY STREET FLOOR 8W
NEW YORK, NY 10286

THE BANK OF NEW YORK
ATTN: CORPORATE TRUST ADMINISTRATION
101 BARCLAY STREET FLOOR 21W
NEW YORK, NY 10286

THE BANK OF NEW YORK
FINANCIAL CONTROL BILLING DEPT
ATTN: ANNETTE L. KOS
P.O. BOX 19445A
NEWARK, NJ 07195-0445

THE BANK OF NEW YORK (DELAWARE)
ATTN: CORPORATE TRUST ADMINISTRATION
WHITE CLAY CENTER
ROUTE 273
NEWARK, DE

THE BANK OF NEW YORK MELLON TRUST CO.
ATTN CHRIS MATTHEWS
CORPORATE TRUST
P.O. BOX 4703
HOUSTON, TX 77201

THE BANK OF NEW YORK, TRUSTEE
FBO SHOREBANK CAPITAL TRUST I
ATTN: CORPORATE TRUST ADMINISTRATION
101 BARCLAY STREET FLOOR 8W
NEW YORK, NY 10286

THE FEDERAL DEPOSIT INSURANCE CORP
KATHRYN NORCROSS, SR. COUNSEL
3501 FAIRFAX DRIVE
ROOM D-7074
ARLINGTON, VA 22226

THE FEDERAL DEPOSIT INSURANCE CORP.
3501 FAIRFAX DRIVE
SUITE D7060
ARLINGTON, VA 22226

THE FEDERAL DEPOSIT INSURANCE CORP.
C/O ALAN P. SOLOW
DLA PIPER LLP (US)

Page 10

Matrix_NON_EQU_01092012.txt

203 N. LASALLE ST., SUITE 1900
CHICAGO, IL 60601-1293

THE IRS, FOR FEDERAL
SHOREBANK CORP CONSOLIDATED

THE NORTHERN TRUST COMPANY
ATTN STEPHANIE COOK
50 S. LASALLE STREET
CHICAGO, IL 60603

THE SHOREBANK CORPORATION
ATTN GEORGE SURGEON
135 S. LASALLE SUITE 2040
CHICAGO, IL 60603

TODD BROWN
[ADDRESS INTENTIONALLY REDACTED]

TRAVELERS INSURANCE
C/O PA&T INSURANCE
ATTN: JOHN ALBERTS
53 W. JACKSON BLVD. SUITE 1562
CHICAGO, IL 60604-3778

TRUDIE DAVIS
[ADDRESS INTENTIONALLY REDACTED]

U.S. ATTORNEY
ATTN: CIVIL PROCESS CLERK
219 S. DEARBORN ST.
CHICAGO, IL 60604

UNION BANK
ATTN: NABEEL BADAW
CORPORATE TRUST DIVISION
120 S. SAN PEDRO, SUITE: 410
LOS ANGELES, CA 90012

UNION BANK OF CALIFORNIA
ATTN: NABEEL BADAWI
120 S. SAN PEDRO ST STE 400 MC 4-102-080
LOS ANGELES, CA 90012

US ENVIRONMENTAL PROTECTION AGENCY
ATTN: RICHARD L. NAGLE,
BANKRUPTCY CONTACT
US EPA REGION 5 MAIL CODE C-14J
CHICAGO, IL

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF THE GENERAL COUNSEL
101 F. STREET NE
WASHINGTON, DC 20549

VERISIGHT F/K/A RSM MCGLADREY
ATTN: CARL VALERIUS
1252 BELL VALLEY ROAD SUITE 201
ROCKFORD, IL 61108-4439

WASHINGTON DC
SHOREBANK INTERNATIONAL LTD
DC

Matrix_NON_EQU_01092012.txt

WATERS, RAY
[ADDRESS INTENTIONALLY REDACTED]

WELLS FARGO BANK, NATIONAL ASSOC.
AS TR FOR SHOREBANK CAPITAL TRUST III
ATTN: CORPORATE TRUST ADMIN
919 N. MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801

WELLS FARGO BANK, NATIONAL ASSOCIATION
ATTN: CORPORATE TRUST ADMINISTRATION
ATTN: REEMA PATEL
919 MARKET STREET SUITE 1600
WILMINGTON, DE 19801

WELLS FARGO BANK, TRUSTEE
FBO SHOREBANK CAPITAL TRUST III
ATTN: CORPORATE TRUST ADMINISTRATION
919 N. MARKET STREET, 7TH FLOOR
WILMINGTON, DE 19801

WILMINGTON TRUST COMPANY
AS TR FOR SHOREBANK CAPITAL TRUST II
ATTN: LORI DONAHUE, ASSISTANT VP
RODNEY SQ. NORTH, 1100 N. MARKET ST.
WILMINGTON, DE 19890

WILMINGTON TRUST COMPANY
ATTN: ANITA E. DALLAGO
SENIOR FINANCIAL SERVICE OFFICER

WILMINGTON TRUST COMPANY
ATTN: LORI DONAHUE ASST. VICE PRESIDENT
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

WILMINGTON TRUST COMPANY
RODNEY SQUARE NORTH
1100 NORTH MARKET STREET
WILMINGTON, DE 19890-0001

WILMINGTON TRUST COMPANY, TRUSTEE
FBO SHOREBANK CAPITAL TRUST II
ATTN: CORPORATE TRUST ADMINISTRATION
RODNEY SQUARE NORTH, 1100 NORTH MARKET STREET
WILMINGTON, DE 19890

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: ) Case No. 12-_____
)
THE SHOREBANK CORPORATION, ) (Joint Administration Pending)
)
Debtors.[1] ) *Chapter 11*
)
) Hon. Jacqueline P. Cox
)

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure ("FRBP") 1007(a)(1) and 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, on behalf of ShoreBank Capital Corporation ("CapCorp"), the undersigned certifies that the following entitie(s) directly or indirectly owns 10% or more of any class of CapCorp's equity interests, or states that there are no entities to report under FRBP 7007.1:

The ShoreBank Corporation, 100%.

### DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of CapCorp declare under penalty of perjury that I have read the foregoing corporate ownership statement of CapCorp and that it is true and correct to the best of my information and belief.

Dated: January 9, 2012

By: _____
George P. Surgeon
President and Chief Executive Officer
ShoreBank Capital Corporation

---

[1]   The Debtors consist of: [The ShoreBank Corporation (EIN: 36-2749995); ShoreBank Capital Corporation (EIN: 36-2954117); ShoreBank Development Corporation (EIN: 36-2950598); ShoreBank Pacific Corporation (EIN: 91-1837395); Shore Overseas Corporation (EIN: 36-4080746); ShoreCap Management, Ltd. (EIN: 61-1452284)]; ShoreBank Lands Corporation (EIN: [●]); ShoreBank New Markets Fund, Inc. (EIN: 41-2223726); SBK NMTC Fund I, LLC (EIN: 41-2223728); SBK NMTC Fund II, LLC (EIN: 41-2223731); SBK NMTC Fund III, LLC (EIN: 41-2223734); SBK NMTC Fund IV LLC (EIN: 41-2223735).]